DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS RAMIREZ-BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>JUAN CARLOS RAMIREZ-BARAJAS,<br><br>　　　　　*Defendant.* | No. 1:10-cr-0088 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER<br><br>DATE:　May 10, 2010<br>TIME:　9:00 A.M.<br>JUDGE:　Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Carlos Ramirez-Barajas, that the status conference currently set for April 26, 2010 at 9:00 a.m. **may be continued to May 10, 2010, at 9:00 a.m.**

　This continuance is requested because the parties have not yet received a copy of the Presentence Report from Probation.  Advance receipt of the PSR is necessary for use by the parties in plea negotiations prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B)(iv).

///

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | DATED: April 21, 2010 | /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| 6 |   | DANIEL J. BRODERICK<br>Federal Defender |
| 8 | DATED: April 21, 2010 | /s/  Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Juan Carlos Ramirez-Barajas |

## ORDER

IT IS SO ORDERED.

**Dated:   April 22, 2010**           /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE